IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02520-AP

DEANNA J. ARMIJO,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> JOSEPH A. WHITCOMB, ESQ.
> 1391 Speer Blvd., Suite 705
> Denver, CO 80204
> Telephone: (303) 534-1954
> E-Mail: joe@RMDLG.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> J. BENEDICT GARCÍA
> Assistant United States Attorney
> United States Attorney's Office
> District of Colorado
>
> THOMAS H. KRAUS
> Special Assistant United States Attorney
> Social Security Administration, Region VIII
> Office of the General Counsel
> 1961 Stout St., Ste. 4169
> Denver, CO 80294-4003
> Telephone: (303) 844-0017
> tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** 9/16/13

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 11/21/13

    **C.**    **Date Answer and Administrative Record Were Filed:** 1/16/14

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

    **A.**    **Plaintiff's Statement:**  None anticipated.

    **B.**    **Defendant's Statement:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** 3/28/14

    **B.**    **Defendant's  Response Brief Due:** 5/7/14

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** 5/21/14

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Oral Argument is not requested.

    **B.**    **Defendant's Statement:** Oral Argument is not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.**     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this <u>5th</u> day of <u>February</u>, 2014.

                                   BY THE COURT:


                                   *s/John L. Kane*
                                   U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Joseph A. Whitcomb, Esq.
JOSEPH A. WHITCOMB, ESQ.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303) 534-1954
Fax: (303) 534-1949
E-Mail: joe@RMDLG.com

Attorney for Plaintiff

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
Telephone: (303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant