IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02520-KMT

DEANNA J. ARMIJO,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 16, 2015 , incorporated herein by reference, it is

ORDERED that the ALJ's denial of social security disability benefits is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, DeAnna J. Armijo.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this   16th   day of March,  2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
Monique Ortiz,
Deputy Clerk